# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Styvens Georges<br>　　　　　　　<u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-11973 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Cenlar as servicer for AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                               Respectfully submitted,

                              **<u>/s/ Rebecca A. Solarz, Esquire</u>**
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322 FAX (215) 627-7734