# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| STYVENS GEORGES, | ) | |
| Debtor | ) | |
| | ) | CASE NO. 18-11973-JKF |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties was made by sending true and correct copies of Proof of Claim 5-1 by first class mail or by electronic means on the 7th day of May, 2018, to the parties indicated below:

**DEBTOR**
Styvens George
7422 N. 20th Street
Philadelphia, PA 19138

**DEBTOR'S COUNSEL**
Michael A. Cibik, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**CHAPTER 13 TRUSTEE**
Frederick L. Reigle, Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

                                              /s/ Jason Brett Schwartz
                                              Jason Brett Schwartz, Esquire