IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| STYVENS GEORGES, | ) | |
| Debtor | ) | |
| | ) | CASE NO. 18-11973-JKF |
| | ) | |
| | ) | **HEARING DATE**: |
| PHILADELPHIA FEDERAL CREDIT UNION | ) | Wednesday, May 30, 2018 |
| Movant | ) | 9:30 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| STYVENS GEORGES, | ) | U.S. Bankruptcy Court |
| | ) | Eastern District of Pennsylvania |
| Respondent | ) | Courtroom # 3 |
| and | ) | 900 Market Street |
| FREDERICK L. REIGLE | ) | Philadelphia, PA 19107 |
| Trustee | ) | |

**ORDER**

AND NOW, this 6th day of June, 2018, based upon the Motion for Relief from the Automatic Stay filed by movant, Philadelphia Federal Credit Union ("Movant"), it is hereby Ordered, Adjudged and Decreed that the Motion is **GRANTED**. The automatic stay is lifted with respect to the Movant as to the following vehicle:

**2017 CHRYSLER PACIFICA, V.I.N.  2C4RC1DG9HR608791**

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

It is further **ORDERED** that the stay of the Order as provided under Rule 4001(a)(3), F.R.B.R., is hereby waived.

_____
Jean K. FitzSimon
U.S. Bankruptcy Judge

Please send copies to:

Styvens Georges
7422 N. 20th Street
Philadelphia, PA 19138

Michael A. Cibik, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107