United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11973-jkf
Styvens Georges                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Jun 07, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2018.
db             +Styvens Georges,    7422 N. 20th Street,    Philadelphia, PA 19138-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              MICHAEL A. CIBIK2    on behalf of Debtor Styvens  Georges ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| STYVENS GEORGES, | ) | |
|        Debtor | ) | |
| | ) | CASE NO. 18-11973-JKF |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| | ) | **HEARING DATE**: |
| PHILADELPHIA FEDERAL CREDIT UNION | ) | Wednesday, May 30, 2018 |
|        Movant | ) | 9:30 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| STYVENS GEORGES, | ) | U.S. Bankruptcy Court |
| | ) | Eastern District of Pennsylvania |
|        Respondent | ) | Courtroom # 3 |
| and | ) | 900 Market Street |
| FREDERICK L. REIGLE | ) | Philadelphia, PA 19107 |
|        Trustee | ) | |

**ORDER**

AND NOW, this 6th day of June, 2018, based upon the Motion for Relief from the Automatic Stay filed by movant, Philadelphia Federal Credit Union ("Movant"), it is hereby Ordered, Adjudged and Decreed that the Motion is **GRANTED**. The automatic stay is lifted with respect to the Movant as to the following vehicle:

**2017 CHRYSLER PACIFICA, V.I.N. 2C4RC1DG9HR608791**

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

It is further **ORDERED** that the stay of the Order as provided under Rule 4001(a)(3), F.R.B.R., is hereby waived.

_____
Jean K. FitzSimon
U.S. Bankruptcy Judge

Please send copies to:

Styvens Georges
7422 N. 20th Street
Philadelphia, PA 19138

Michael A. Cibik, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107