**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:   **Styvens Georges**                                            CASE NO   **18-11973JKF13**

                                                                        CHAPTER   **13**

*AMENDED 7/30/2018*
**VERIFICATION OF CREDITOR MATRIX**

　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

```
Abington Memorial Hospital
Out-Patient Business Off.
1200 Old York Road
Abington, PA 19001-3760


American Honda Finance
Attn: Bankruptcy
PO Box 168088
Irving, TX 75016


Amerihome Mtg Co, Llc
21300 Victory Blvd Ste 2
Woodland Hills, CA 91367



ATand T Mobility
P.O. Box 6463
Carol Stream, IL 60197



Bank Of America
NC4-105-03-14
PO Box 26012
Greensboro, NC 27410


Bishop McDevitt School
125 Royal Avenue
Wyncote, PA 19095



Capital One
Attn: General Correspondence/Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Chase Card Services
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850


Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
```

```
Cibik and Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102


Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
PO Box 790040
Saint Louis, MO 63179


City Of Philadelphia
Major Tax Unit/Bankruptcy Dept.
1401 JFK Blvd, Room 580
Philadelphia, PA 19102


City of Philadelphia
Bankruptcy Unit
15th Floor
1515 Arch Street
Philadelphia, PA 19102

City of Philadelphia
Parking Violations Branch
PO Box 41819
Philadelphia, PA 19101


Equifax
P.O. Box 740241
Atlanta, GA 30374



Experian
Profile Maintenance
P.O. Box 9558
Allen, Texas 75013


I.R.S.
P.O. Box 7346
Philadelphia, PA  19101-7346



I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346
```

Navient
Attn: Bankruptcy
PO Box 9500
Wilkes-Barre, PA 18773


PA Dept. of Revenue
Bankruptcy Division
Bureau of Compliance
P.O. Box 280946
Harrisburg, PA 17120-0946

Peco Energy
2301 Market Street # N 3-1
Legal Department
Philadelphia PA 19103-1338


Penn Credit Corporation
P.O. Box 988
Harrisburg, PA 17108



PGW
Legal Dept. 4th Floor
800 W. Montgomery Avenue
Philadelphia, PA 19122


Philadelphia Fed Cr Un
12800 Townsend Rd
Philadelphia, PA 19154



Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106


Portfolio Recovery
PO Box 41067
Norfolk, VA 23541



Prime Choice Dental
7155 Ogontz Ave
Philadelphia, PA 19138

```
Professional Account Management LLC
P.O. Box 391
Milwaukee, WI 53201



Recon Ortho Assoc II, PC
Rothman Institure
P.O. Box 757910
Philadelphia, PA 19175



SST/Best Egg
Attn: Bankruptcy
4315 Pickett Rd
Saint Joseph, MO 64503



Sunrise  Credit Service, Inc.
PO BOX 9100
Farmingdale, NY 11735-9100



Sweat Fitness
700 Passyunk Avenue
Philadelphia, PA 19147



Trans Union Corporation
Public Records Department
555 West Adams Street
Chicago, IL 60661



University of Penn Health System
P.O. Box 824406
Philadelphia, PA 19182
```