United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Styvens Georges  
      Debtor

Case No. 18-11973-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Oct 16, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db          +Styvens Georges,    7422 N. 20th Street,    Philadelphia, PA 19138-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
         MICHAEL A. CATALDO2    on behalf of Debtor Styvens   Georges ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2    on behalf of Debtor Styvens   Georges ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    AmeriHome Mortgage Company, LLC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
         WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                  TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: STYVENS GEORGES,<br>　　　　　　Debtor(s). | Case No. 18-11973JKF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

  **AND NOW**, this _____ day of _____, 201_____, upon consideration of the Application for Compensation, it is

  **ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

**Date: October 15, 2018**

                      _____
                      HON. JEAN K. FITZSIMON
                      UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

FREDERICK L. REIGLE, ESQ.
Chapter 13 Trustee
PO Box 4010
Reading, PA  19606
ecfmail@fredreiglech13.com

STYVENS GEORGES
Debtor(s)
7422 N. 20th Street
Philadelphia, PA  19138