# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Styvens Georges | CHAPTER 13 |
|            Debtor | |
| AmeriHome Mortgage Company, LLC | |
|            Movant | |
|     vs. | |
| | NO. 18-11973 JKF |
| Styvens Georges | |
|            Debtor | |
| WILLIAM MILLER*R | |
|            Trustee | 11 U.S.C. Sections 362 and 1301 |

## **ORDER**

AND NOW, this 15th day of November, 2018 at Philadelphia, xxxxxxxxxxxx upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 206 Locust Drive, Lincoln University, PA 19352 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including but not limited to taking the Property to Sheriff's Sale in addition to potentially pursuing other loss mitigation alternatives including but not limited to a loan modification, short sale or deed in lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of

_____

United States Bankruptcy Judge.

Jean K. FitzSimon

Styvens Georges
7422 N. 20th Street
Philadelphia, PA 19138

MICHAEL A. CIBIK
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

WILLIAM MILLER*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532