United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11973-jkf
Styvens Georges                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 3              Date Rcvd: Aug 22, 2019
                              Form ID: pdf900          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
```
db          +Styvens Georges,    7422 N. 20th Street,    Philadelphia, PA 19138-2205
14172808    +Abington Memorial Hospital,    1200 Old York Road,    Abington, PA 19001-3788
14173829    +Abington Memorial Hospital,    Out-Patient Business Off.,    1200 Old York Road,
              Abington, PA 19001-3720
14115403    +AmeriHome Mortgage Company, LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14087824    +Amerihome Mtg Co, Llc,    21300 Victory Blvd Ste 2,    Woodland Hills, CA 91367-2525
14172814    +Bishop McDevitt High School,    125 Royal Avenue,    Wyncote, PA 19095-1198
14087827    +Chase Card Services,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
14087830    +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
              Saint Louis, MO 63179-0040
14087833    +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
14087834    +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14116438     Navient Solutions, LLC. on behalf of,    Texas Guaranteed Student Loan Corporatio,
              DBA Trellis Company,    PO BOX 83100,    Round Rock, TX 78683-3100
14087838     PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
              Harrisburg, PA 17120-0946
14087840    +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14087841    +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14080750    +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
14172811    +Prime Choice Dental,    7155 Ogontz AVe,    Philadelphia, PA 19138-2015
14172812    +Professional Account  Management LLC,    P.O. Box 391,    Milwaukee, WI 53201-0391
14172810    +Recon  Ortho Assoc II, PC,    Rothman Institute,    P.O. Box 757910,
              Philadelphia, PA 19175-7910
14087843    +SST/Best Egg,    Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
14172807     Sun Rise Credit,    P.O. Box 9100,    Farmingdale, NY  11735-9100
14172813    +Sweat Fitness,    700 Passyunk AVenue,    Philadelphia, PA 19147-3017
14087844    +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
              Chicago, IL 60661-3631
14172809    +Univ of Penn Health System,    P.O. Box 824406,    Philadelphia, PA 19182-4406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 23 2019 03:10:13     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2019 03:09:58     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 23 2019 03:09:52     KeyBank,
              4910 Tiedeman Road,    Ste. P,    Brooklyn, OH 44144-2338
cr          +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2019 03:12:15     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14087868     E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 23 2019 03:09:51
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088
14087823     E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 23 2019 03:09:51     American Honda Finance,
              Attn: Bankruptcy,    PO Box 168088,    Irving, TX 75016
14172806    +E-mail/Text: g20956@att.com Aug 23 2019 03:10:16     AT & T Mobility,    P.O. Box 6463,
              Carol Stream, IL 60197-6463
14087831     E-mail/Text: megan.harper@phila.gov Aug 23 2019 03:10:13     City Of Philadelphia,
              Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14087832     E-mail/Text: megan.harper@phila.gov Aug 23 2019 03:10:13     City of Philadelphia,
              Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14087826    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2019 03:12:46     Capital One,
              Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14094480     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2019 03:12:16
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14087828    +E-mail/Text: ecf@ccpclaw.com Aug 23 2019 03:09:20     Cibik & Cataldo, P.C.,
              1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14173848    +E-mail/Text: bankruptcy@philapark.org Aug 23 2019 03:10:19     City of Philadelphia,
              Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14087835    +E-mail/Text: cio.bncmail@irs.gov Aug 23 2019 03:09:25     I.R.S.,    P.O. Box 7346,
              Philadelphia, PA  19101-7346
14092951    +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 23 2019 03:09:52     KeyBank N. A.,
              4910 Tiedeman Road,    Brooklyn Ohio 44144-2338
14115520     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 03:11:58
              LVNV Funding, LLC its successors and assigns as,    assignee of Goldman Sachs Bank USA,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14115521     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2019 03:12:26
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14108511    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2019 03:09:47     MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
14087837    +E-mail/PDF: pa_dc_claims@navient.com Aug 23 2019 03:12:18     Navient,    Attn: Bankruptcy,
              PO Box 9500,    Wilkes-Barre, PA 18773-9500
```

```
District/off: 0313-2            User: PaulP                  Page 2 of 3                   Date Rcvd: Aug 22, 2019
                                Form ID: pdf900              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14087842        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2019 03:37:02
                 Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
14101232        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2019 03:12:47
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14080228       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2019 03:34:51
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14087839        E-mail/Text: bankruptcygroup@peco-energy.com Aug 23 2019 03:09:26          Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14177010        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2019 03:09:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14173851       +E-mail/Text: bankruptcy@philapark.org Aug 23 2019 03:10:19        Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
14173830*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     Attn: Bankruptcy,    PO Box 168088,
                Irving, TX 75016)
14173846*     ++CITY OF PHILADELPHIA LAW DEPARTMENT,     MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,     PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,     Major Tax Unit/Bankruptcy Dept.,
                1401 JFK Blvd, Room 580,    Philadelphia, PA 19102)
14173847*     ++CITY OF PHILADELPHIA LAW DEPARTMENT,     MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,     PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,     Bankruptcy Unit,    15th Floor,
                1515 Arch Street,    Philadelphia, PA 19102)
14087829*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
14087836*       I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14173849*       IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
14087825      ##+Bank Of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
14173850      ##+Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
                                                                                 TOTALS: 0, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com
              MICHAEL A. CATALDO2    on behalf of Debtor Styvens  Georges ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Styvens  Georges ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: PaulP                Page 3 of 3                  Date Rcvd: Aug 22, 2019
                              Form ID: pdf900            Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

STYVENS   GEORGES

                                                : Chapter 13

    Debtor(s)                                   : Bankruptcy No. 18-11973JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: August 22, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

CIBIK & CATALDO PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA PA 19102-

STYVENS   GEORGES
7422 N 20TH STREET
PHILADELPHIA, PA 19138